# In the Criminal Court of Appeals of Texas

trial court: <u>F149672007</u> : 68,962-07
145th Superior Judicial Court
Judge Campbell Cox II
101 W. Main St Room 120
Nacogdoches, Tx 75961

Appeal no: WR-68,962-07

Tracy Ray Gibson #1436824 §
(Pro se) Applicant §
  -v- §
State of Texas §
TDCJ Director Rick Thaler §

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 18 2015

Abel Acosta, Clerk

## Applicants Objection

Now comes, (Pro se) Applicant; Tracy Gibson #1436824, currently Presiding at; Stiles Unit 3060 FM 3514; Beaumont, Tx 77705-7635, and "<u>objects</u>" to this courts mandate, written order to dismiss without Prejudice; to applicants original writ habeas corpus art. §11.07 that was filed August 2nd, 2007. Since then, applicant has had to file subsequent art §11.07 as to how information was delayed in Presentation to applicants "awareness". Furthermore, applicant is an indigent applicant [see Previously filed in forma Pauperis]; and

(1)

applicant has never been issued a court-appointed attorney to represent him, or be assigned a court official who could retrieve irrefutable documents of material of fact that would support applicants claims.

Therefore, applicant gives the following allegations to support his claims as follows:

1) Applicant alleges the trial court held the "nunc Pro tunc" Proceedings on 10-15-07 [See trial courts docket logs] outside of his presence because applicant was incarcerated in Texas Department of Criminal Justice - TDCJ at the Torres Unit in Hondo, Tx.

2) Applicant alleges the trial court did not "notify" him or his court-appointed attorney; Mr. Gene Caldwell, who represented him during his sentencing hearing on 5-2-07 [see "Plea bargain" in cause No: F1496472007]. No affidavit has been given by the court-appointed attorney to testify of to the "notification" of the trial courts "Nunc Pro tunc proceeding(s)".

3) Applicant alleges due to the "lack-of-compliance and-cooperation", to correspond with him by his only means of communication to the courts by use of the United States Postal Services, it was not brought-to -his-attention-of the filing of the "Nunc Pro tunc order"

(2)

until he received legal mail from his trial court on or about February-April, 2012; [see offenders legal-mail log of Mail-room institution(s)].

4) Applicant alleges that TDCJ-"Records Division" did not receive the "trial courts post-conviction order: "Nunc Pro tunc" until 5 years after it's issuance; from the 145th Superior Judicial Court of Nacogdoches County. Not only does applicant require this court to subpoena an affidavit / interrosatorie from TDCJ-Records Division but also for TDCJ to submitt copies of offenders "Time-Slips" that are located in his inmate file/records.

## Conclusion

Applicant, Tracy Gibson #1436824; asserts and declares he can not provide copies of his "objection" because of his indigent status to his trial court. Also, applicant can not produce docuements that the "Respondents" are in possesion of without a court-appointed attorney who can retrieve them. With the appropriate representation; Pro se applicant can submitt to this honorable criminal court of appeals as to materials of fact that will disclose controverted a previously unresolved issues of fact.

(3)

## Prayer and Relief

Applicant, Tracy Gibson #1430824, seeks the prayer and relief that the Criminal Court of Appeals jurisdictional authority to <u>excercise</u> and <u>grant</u> him a court-appointed attorney to represent him in the matters of discovery; to have Respondents produce docuements that they are in possesion of and have them presented to the Criminal Court of Appeals that is irrefutable evidence that shows this honorable court proof of all controverted and previously unresolved materials of fact.

Applicant should be allowed to not have laches attached to his art. §11.07 application and should be permitted to continue the review and process of his §11.07 grounds because of his trial courts negligence.

## Inmates Declaration

Applicant declares and certifies under penalty of perjury that all facts and information provided is true and correct to his faith and beliefs. Also, because of applicants indigent status has only been able to provide a true and exact copy of the filing of his written objection to this criminal court of

(4)

Appeals order to dismiss without prejudice applicants state writ habeas corpus art. § 11.07 application.

Respectfully submitted and executed by me, Tracy R. Gibson _____, on this 15th day of June, 2015.

Tracy Ray Gibson 6-15-15
Tracy Ray Gibson 6-15-15

(5)